No. 139. WRIGHT *v.* LOHR, ADMINISTRATRIX. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Elliott DeJarnette Marshall* for petitioner.

No. 153. SAUNDERS *v.* UNITED STATES. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Petitioner *pro se. Solicitor General McGrath, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 167. UNITED STATES EX REL. DAVIS *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 168. WAGNER *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 169. STARYAK *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Circuit Court, Macoupin County, Illinois;

No. 170. STARYAK *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Circuit Court of Will County, Illinois; and

No. 171. STARYAK *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Supreme Court of Illinois. October 14, 1946. Denied.